UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUHAMMAD E. MILHOUSE,<br><br>                              Plaintiff,<br><br>          -against-<br><br>THE CITY OF NEW YORK, ET AL,<br><br>                              Defendants. | 22-CV-8980 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 6, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 6, 2022
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                               Chief United States District Judge